IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LOUIS FASULLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 08-cv-857-DRH |
| | ) | |
| CAROLINA FASULLO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $350 filing fee for this action within 15 days, and no payment was received within the allotted time.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby **DISMISSED** with prejudice for failure to pay the filing fee. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | |
|---|---|
| April 30, 2009 | By: /s/ DavidRHerndon |
| *Date* | *Chief Judge* |